**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **REGGIE ARMANDO CEPEDA HINESTROZA,** | § | |
| **Petitioner,** | § | |
| | § | |
| | § | **EP-26-CV-01140-DB** |
| **v.** | § | |
| | § | |
| **JUAN LOPEZ,** *Field Officer Director, U.S. Immigration and Custom [sic] Enforcement ICE, et al.*, | § | |
| | § | |
| | § | |
| **Respondent.** | § | |

**ORDER**

On this day, the Court considered Petitioner Reggie Armando Cepeda Hinestroza's "Motion for Sanctions Against ICE for Violation of Court Order," ECF No. 20. Therein, Petitioner advises the Court Respondents removed him from the United States to Mexico in violation of this Court's Order, ECF No. 2, prohibiting Respondents from removing or deporting Petitioner from the United States until the Court orders otherwise or the case is closed. ECF No. 20 at 3; *see also* ECF No. 2 at 2. Respondents concede Petitioner was removed from the United States to Mexico on August 14, 2026. ECF No. 19 at 1.

Accordingly, **IT IS HEREBY ORDERED** Respondents **SHOW CAUSE** why they should not be held in contempt, or otherwise sanctioned, for violating this Court's express order to not "remove or deport Petitioner from the United States. . . until the Court orders otherwise or this case is closed" issued on April 22, 2026, in ECF No. 2, **<u>no later than August 25, 2026</u>**.

**IT IS FURTHER ORDERED** that, in their response to the instant order, Respondents **SHALL**:

(1) explain the reasons Petitioner was removed to Mexico in violation of the Court's Order, ECF No. 2, issued on April 22, 2026; and

(2) provide the names of those individuals responsible for effectuating Petitioner's unlawful removal, including but not limited to those officials who ordered, or otherwise sanctioned the removal mission, and the arresting officers who participated in said removal mission, and each official's corresponding job title and agency affiliation.

**IT IS FINALLY ORDERED** that the above entitled and numbered case is set for **SHOW CAUSE HEARING** in District Courtroom, Room 722, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Thursday, August 27, 2026, at 03:00 PM MDT**. Counsel for Petitioner and Counsel for Respondents must appear in person.

**SIGNED** this **20th** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**