**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **REGGIE ARMANDO CEPEDA HINESTROZA,** | § | |
| **Petitioner,** | § | |
| | § | **EP-26-CV-01140-DB** |
| **v.** | § | |
| | § | |
| **JUAN LOPEZ,** *Field Officer Director, U.S. Immigration and Custom [sic] Enforcement ICE, et al.*, | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the above captioned case. On August 19, 2026, Petitioner Reggie Armando Cepeda Hinestroza ("Petitioner") filed a "Motion for Sanctions Against ICE for Violation of Court Order," ECF No. 20, alleging Respondents removed him from the United States to Mexico in violation of this Court's Order, ECF No. 2, imposing a stay of removal. As a result, the Court set this matter for a show cause hearing on August 27, 2026. *See* ECF No. 21. During the hearing, Petitioner's counsel indicated that Petitioner wanted to return to the United States, so the Court ordered Respondents to facilitate his return. *See* ECF No. 27. On October 27, 2026, Respondents filed a "Status Report to the Court," ECF No. 35, informing the Court that Petitioner was returned to the United States and his removal proceedings were reopened on October 22, 2026.

After due consideration, the Court declines to impose sanctions at this time. Petitioner's wrongful removal was inadvertent, *see* ECF No. 23 at 7, and Respondents have since remedied their violation of this Court's Order, ECF No. 2, by facilitating Petitioner's return to the United States.

Accordingly, **IT IS HEREBY ORDERED** Petitioner's "Motion for Sanctions Against ICE for Violation of Court Order," ECF No. 20, is **DENIED**.

**IT IS FURTHER ORDERED** Respondents **SHALL CONFER AND FILE** a notice of whether any issues remain to be resolved in this case **no later than November 10, 2026**.

SIGNED this 30th day of October, 2026.

**For THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**